# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**DRAKE MORGAN,**
    Plaintiff,

v.

**PEOPLEG2,**
    Defendant.

Case No. 1:21-cv-929-CLM

## ORDER OF DISMISSAL

Plaintiff Drake Morgan has filed a notice of voluntary dismissal (doc. 23). Because Defendant PeopleG2 has answered the complaint (doc. 15) and hasn't stipulated to the dismissal, the court construes Morgan's notice as a request for the court to dismiss the case under Fed. R. Civ. P. 41(a)(2). The court **GRANTS** Morgan's request and **DISMISSES** this case **WITHOUT PREJUDICE**.

Costs taxed as paid.

The court **DIRECTS** the Clerk to close this case.

**Done** and **Ordered** on June 29, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE